2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC J. SCOTT,

Plaintiff,

v

BOYSVILLE OF MICHIGAN, BROTHER FRANCIAS BOYLAN, STACY CANTU, EMPLOYEE DRUFFS, EMPLOYEE NORMAN, EMPLOYEE TINSLEY, and FAMILY INDEPENDENCE AGENCY,

Defendants.
_______________________________________/

No. 05-70996
Hon. Arthur J. Tarnow
Magistrate Judge Mona K. Majzoub

FILED
JUL 27 2005
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

Steven T. Lett (P31241)
Attorney for Plaintiff
_______________________________________

Thomas Van Dusen (P30602)
Joseph E. Viviano (P63078)
Attorneys for Defendants Boysville of Michigan
and Brother Francais Boylan
_______________________________________

James T. Farrell (P35400)
Attorney for Defendant Family Independence Agency
Michigan Department of Attorney General
Public Employment, Elections, & Tort Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
_______________________________________

**ORDER DISMISSING THE FAMILY INDEPENDENCE AGENCY, ONLY**

Upon the stipulation of the Plaintiff and Defendant, Family Independence Agency, as indicated by their attorneys' signatures below, and the Court being aware of the relevant facts and law,

05-70996

IT IS ORDERED that Defendant, Family Independence Agency, only, is dismissed from the above-entitled action, to wit: *"Scott v Boysville of Michigan, et al,"* United States District Court for the Eastern District of Michigan, Docket No. 05-70996.

U.S. District Court Judge

APPROVED AS TO FORM AND SUBSTANCE:

*s/Steven T. Lett* (P31241)
Steven T. Lett (P31241)
Attorney for Plaintiff

*s/James T. Farrell* (P35400)
James T. Farrell (P35400)
Attorney for Defendant Family Independence Agency
2005017363A/orddisfia