**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

DOMINIC J. SCOTT,

Plaintiff,

v

BOYSVILLE OF MICHIGAN, BROTHER FRANCIS BOYLAN, STACY CANTU, EMPLOYEE DRUFFS, EMPLOYEE NORMAN, and EMPLOYEE TINSLEY, jointly and severally,

Defendants.

Case No. 05-70996

Honorable Arthur J. Tarnow

**ANSWER OF DEFENDANT STACIE CANTU**

---

BODMAN LLP
By: Thomas Van Dusen (P30602)
Joseph E. Viviano (P60378)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
Attorneys for Defendants Boysville of Michigan, Brother Francis Boylan and Stacie Cantu

WILSON LETT & KERBAWY, PLC
By: Steven T. Lett (P31241)
209 N. Walnut, Suite A
Lansing, MI 48933
(517) 372-4204
Attorneys for Plaintiff

---

## ANSWER OF DEFENDANT STACIE CANTU

Defendant Stacie Cantu, by her undersigned attorneys, states as follows for her answer to plaintiff's complaint:

### I. JURISDICTION

1. Neither admit nor deny for lack of information or knowledge sufficient to form a belief as to the truth thereof.

### II. VENUE

2. Neither admit nor deny for lack of information or knowledge sufficient to form a belief as to the truth thereof.

### II. PARTIES

3. Neither admit nor deny for lack of information or knowledge sufficient to form a belief as to the truth thereof.

4.-5. Admit only that defendant Boysville of Michigan ("Boysville"), now known as Holy Cross Children's Services, is a non-profit Michigan corporation and defendant Brother Francis Boylan is the director of Boysville.

6. Admit only that defendant was employed by defendant Boysville. Neither admit nor deny the remaining allegations herein for lack of information or knowledge sufficient to form a belief as to the truth thereof.

7. Neither admit nor deny for lack of information or knowledge sufficient to form a belief as to the truth thereof.

### IV. FACTUAL BACKGROUND APPLICABLE TO ALL CLAIMS

8. Admit only that Dominic J. Scott was admitted to a Boysville residential facility located in Clinton, Michigan. Neither admit nor deny the remaining allegations herein for lack of information or knowledge sufficient to form a belief as to the truth thereof.

9. The allegation herein is a legal conclusion and not an allegation of fact and thus no response is required.

10.-17. Defendant denies these allegations for the reason that they are not true.

## V. FIRST CAUSE OF ACTION – 42 USC 1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS FOURTEENTH AMENDMENT VIOLATIONS

18. Defendant incorporates her responses to paragraphs 1 – 17 herein.

19.-24. Denied for the reason that these allegations are not true.

25. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

26.-27. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count I of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## VI. SECOND CAUSE OF ACTION – 42 USC 1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS EIGHTH AMENDMENT VIOLATIONS

28. Defendant incorporates her responses to paragraphs 1 – 27 herein.

29. The allegation herein is a legal conclusion and not an allegation of fact and thus no response is required.

30. Denied for the reason that these allegations are not true.

31. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

32. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count II of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## VII. THIRD CAUSE OF ACTION – 42 USC 1985(3) CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

33. Defendant incorporates her responses to paragraphs 1 – 32 herein.

34.-35. Denied for the reason that these allegations are not true.

36. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

37. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count III of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## VIII. FOURTH CAUSE OF ACTION BATTERY - SEXUAL

38. Defendant incorporates her responses to paragraphs 1 – 37 herein.

39.-40 Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

41. Admit only that defendant was an employee of Boysville. Defendant denies the remaining allegations herein for the reason that they are not true.

42.-43. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

44. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count IV of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## IX. FIFTH CAUSE OF ACTION BATTERY

45. Defendant incorporates her responses to paragraphs 1 – 44 herein.

46.-47. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

48. Admit only that defendants Cantu, Norman, Tinsley and Druffs were employees of Boysville. Defendant denies the remaining allegations herein for the reason that they are not true.

49.-50. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

51. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count V of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## X. SIXTH CAUSE OF ACTION ASSAULT

52. Defendant incorporates her responses to paragraphs 1 – 51 herein.

53.-56. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer,

defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

57. Admit only that defendants Cantu, Norman, Tinsley and Druffs were employees of Boysville. Defendant denies the remaining allegations herein for the reason that they are not true.

58.-59. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

60. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count VI of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

**XI. SEVENTH CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

61. Defendant incorporates her responses to paragraphs 1 – 60 herein.

62.-64. Denied for the reason that these allegations are not true.

65. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

66. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count VII of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## XII. EIGHTH CAUSE OF ACTION NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

67. Defendant incorporates her responses to paragraphs 1 – 66 herein.

68. Denied for the reason that these allegations are not true.

69. The allegation herein is a legal conclusion and not an allegation of fact and thus no response is required.

70.-71. Denied for the reason that these allegations are not true.

72. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

73. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count VIII of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## XIII. NINTH CAUSE OF ACTION NEGLIGENCE

74. Defendant incorporates her responses to paragraphs 1 – 73 herein.

75. The allegation herein is a legal conclusion and not an allegation of fact and thus no response is required.

76. Denied for the reason that these allegations are not true.

77.-78. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

79.-80. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count IX of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## XIV. TENTH CAUSE OF ACTION
## BREACH OF DUTY – IN LOCO PARENTIS

81. Defendant incorporates her responses to paragraphs 1 – 80 herein.

82. The allegation herein is a legal conclusion and not an allegation of fact and thus no response is required.

83. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count X of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## XV. ELEVENTH CAUSE OF ACTION
## AGENCY

84. Defendant incorporates her responses to paragraphs 1 – 83 herein.

85.-86. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any manner whatsoever by her actions or conduct.

87.-88. Denied for the reason that these allegations are not true.

WHEREFORE, defendant requests dismissal of Count XI of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

## XVI. TWELFTH CAUSE OF ACTION
## CRIMINAL SEXUAL CONDUCT IN THE FIRST DEGREE

89. Defendant incorporates her responses to paragraphs 1 – 88 herein.

90.-95. Neither admit nor deny as to injuries sustained by plaintiff for lack of information or knowledge sufficient to form a belief as to the truth thereof. In further answer, defendant denies that any such injuries as allegedly sustained by plaintiff were caused in any

manner whatsoever by her actions or conduct.

WHEREFORE, defendant requests dismissal of Count XII of plaintiff's complaint, and further requests that she be awarded her attorney fees and costs.

BODMAN LLP

By: s/ Thomas Van Dusen
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
E-mail: tvandusen@bodmanllp.com
Bar No. P30602
Attorneys for Defendants Boysville of Michigan, Brother Francis Boylan and Stacie Cantu

December 8, 2005

## AFFIRMATIVE DEFENSES

Defendant Stacie Cantu, by her undersigned attorneys, states as follows for her affirmative defenses to plaintiff's complaint:

1. Plaintiff's complaint fails, in whole or in part, to state a claim upon which relief can be granted as to this defendant.

2. Defendant has partial or complete immunity from the claims asserted by plaintiff.

3. Any injuries sustained by plaintiff were proximately caused by the actions of persons or entities other than defendant.

4. Defendant did not breach any applicable duty owed to plaintiff, and any damages sustained by plaintiff were not proximately caused in any manner whatsoever by her actions or conduct.

5. Plaintiff's claims are barred by applicable statutes of limitations.

Respectfully submitted,

BODMAN LLP

By: s/ Thomas Van Dusen
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
E-mail: tvandusen@bodmanllp.com
Bar No. P30602
Attorneys for Defendants Boysville of Michigan,
Brother Francis Boylan and Stacie Cantu

December 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Steven T. Lett, Esq.

By: s/ Thomas Van Dusen
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
E-mail: tvandusen@bodmanllp.com
Bar No. P30602
Attorneys for Defendants Boysville of Michigan, Brother Francis Boylan and Stacie Cantu

December 8, 2005