**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

DOMINIC J. SCOTT,

Plaintiff,

v

BOYSVILLE OF MICHIGAN,
BROTHER FRANCIS BOYLAN,
STACY CANTU, EMPLOYEE
NORMAN, and EMPLOYEE
TINSLEY, jointly and severally,

Defendants.

Case No. 05-70996

Honorable Arthur J. Tarnow

**ORDER OF DISMISSAL**

---

WILSON LETT & KERBAWY, PLC
By: Steven T. Lett (P31241)
209 N. Walnut, Suite A
Lansing, MI 48933
(517) 372-4204
Attorneys for Plaintiff

BODMAN LLP
By: Thomas Van Dusen (P30602)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
Attorneys for Defendants

---

**ORDER OF DISMISSAL**

At a session of said Court held in the Courthouse
in the City of Detroit, Wayne County,
State of Michigan on ____July 11___, 2007

PRESENT: Honorable_ARTHUR J. TARNOW
U.S. District Court Judge

This matter coming before the Court pursuant to the written stipulation of counsel for all parties;

IT IS ORDERED that plaintiff's complaint is dismissed as to all defendants with prejudice and without costs to any party.

S/ARTHUR J. TARNOW

Arthur J. Tarnow

United States District Judge

Dated: July 11, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2007, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR

Case Manager

Approved for Entry:

S/ Steven T. Lett (w/consent –TVD)

Steven T. Lett (P31241)
WILSON LETT & KERBAWY, PLC
Attorney for Plaintiff
209 N. Walnut, Suite A
Lansing, MI 48933
(517) 372-4204
stevenlett@cablespeed.com

S/: Thomas Van Dusen

Thomas Van Dusen (P30602)
BODMAN LLP
Attorneys for Defendants
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
tvandusen@bodmanllp.com